■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN CAMPBELL, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *People v Campbell* ([appeal No. 1] 155 AD2d 915 [decided herewith]). (Appeal from order of Supreme Court, Wolfgang, J.—CPL art 440.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL MCCLAMB, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: As the People concede, count four, criminal possession of a weapon in the third degree, is a lesser included offense of count one, criminal possession of a weapon in the second degree. Defendant was convicted of both counts. Accordingly, defendant's conviction on count four is reversed, the sentence thereon vacated, and that count is dismissed. We have examined defendant's remaining contentions on appeal and find them lacking in merit. (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—criminal possession of weapon, third degree; reckless endangerment, third degree.) Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.